**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1862**

In re: KENNETH ROSHAUN REID,

Petitioner.

On Petition for Writ of Habeas Corpus.  (0:04-cr-00353-CMC-1)

Submitted:  September 17, 2021                 Decided:  September 30, 2021

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Kenneth Roshaun Reid, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Roshaun Reid petitions this court for a writ of habeas corpus. We dismiss the petition for lack of jurisdiction and decline to transfer it to the district court. *See* 28 U.S.C. § 1631; *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*